**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VICKI E. COFFMAN,** | ) | **CASE NO. 8:07CV427** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **QC FINANCIAL, and QC HOLDINGS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on its own motion. The Clerk of the Court has advised the Court that Plaintiff has submitted two identical summons forms addressed to "QC Financial Services Inc." However, Plaintiff failed to submit a summons form for QC Holdings.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to return the duplicate summons form directed to QC Financial Services Inc. to Plaintiff; and

2. The Clerk of the Court is directed to send to Plaintiff ONE (1) additional summons form and ONE (1) additional USM-285 form for service on QC Holdings in accordance with the court's previous Memorandum and Order.

DATED this 17th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge